# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

NOVERITTE DELAVALLADE

CIVIL ACTION

**VERSUS**

NO. 17-634-JWD-RLB

LEISURE & GAMING CORPORATION, USA,
ET AL.

## <u>OPINION</u>

After independently reviewing the entire record in this case and for the reasons set

forth in Magistrate Judge's Report dated April 17, 2018, to which no objection was filed;

**IT IS ORDERED** that Plaintiff's Motion to Remand (R. Doc. 8) is DENIED.

Signed in Baton Rouge, Louisiana, on <u>May 2, 2018</u>.

_____

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**